Enter JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE WERTZ, | Case No. SACV 08-321 RNB |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: December 1, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
ROBERT N. BLOCK
UNITED STATES DISTRICT JUDGE